ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Speegle Construction, Inc. ) | ASBCA No. 60089 |
| ) | |
| Under Contract No. W91278-07-D-0038 ) | |

APPEARANCE FOR THE APPELLANT:    Jesse W. Rigby, Esq.
　　Clark, Partington, Hart, Larry,
　　　Bond & Stackhouse
　　Pensacola, FL

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
　　Engineer Chief Trial Attorney
　　David C. Brasfield, Jr. Esq.
　　Andrea M. Dowdy, Esq.
　　　Engineer Trial Attorneys
　　　U.S. Army Engineer District, Mobile

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 15 December 2016

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60089, Appeal of Speegle Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals